

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

JOFFIE C. PITTMAN, III
ADMINISTRATIVE JUDGE

October 30, 2023

Anna L. Duerr, Esq.
Apt. S123
2661 Willits Road
Philadelphia, PA   19114-3486

      Re:   Anna L. Duerr
           Bankruptcy No: 22-13226-amc
           Chapter 7

Dear Ms. Duerr:

    We have been notified by Federal Bankruptcy Court that the above-captioned matter was filed on September 3, 2023.

    An initial search of our records indicates that there are no outstanding citations charged to the above-mentioned debtor(s). However, if you will provide this office with the following information, we will further research the case in an effort to protect the rights of the debtor(s).

1. Prior addresses (in or out-of-state)
2. Date of birth for the petitioner(s)
3. Driver's license number for the petitioner(s)
4. Citation number(s)

    If you determine that the Philadelphia Municipal Court, Traffic Division, should not have been listed as a creditor in this case, please advise us so we may bring closure to the matter.

    Please be advised that the Municipal Court, Traffic Division, has no jurisdiction over parking violations.

    Thank you for your cooperation.

                                    Sincerely,

                                    Joffie C. Pittman, III
                                    ADMINISTRATIVE JUDGE

JCP/mm
cc: Bankruptcy Court